## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR20** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TROY THOMPSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Julie B. Hansen, Assistance Federal Public Defender, to withdraw as counsel for the defendant, Troy Thompson [14]. Since retained counsel, William F. Eustice has entered an appearance for the defendant [13], the motion to withdraw [14] is granted. Julie B. Hansen shall be deemed withdrawn as attorney of record and shall forthwith provide William F. Eustice with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 8th day of February, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge