IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )           8:07CR20
                               )
        v.                     )
                               )
TROY THOMPSON,                 )           ORDER
                               )
              Defendant.       )
_____)
```

The Court has been advised defendant wishes to enter a plea.  Subject to the filing of a written waiver of speedy trial,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, April 20, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties need additional time to finalize the plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 19, 2007, and April 20, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court