IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:07CR20
                               )
     v.                        )
                               )
TROY THOMPSON,                 )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue change of plea date (Filing No. 20).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Thursday, May 24, 2007, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties need additional time to finalize the plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between April 20, 2007, and May 24, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court