IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )          8:07CR20
                              )
      v.                      )
                              )
TROY THOMPSON,                )          ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue change of plea date (Filing No. 30). The defendant has filed a written waiver of right to speedy trial. Accordingly,

IT IS ORDERED that the Rule 11 hearing trial is rescheduled for:

**Friday, November 9, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. In order to accommodate the schedule of counsel and the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 9, 2007, and November 9, 2007, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 3rd day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court