IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) TROY THOMPSON, ) ) Defendant. ) | 8:07CR20 ORDER |

This matter is before the court on defendant's MOTION FOR LEAVE TO FILE PRETRIAL MOTIONS OUT OF TIME [39]. I find that the motion should be granted. Pretrial Motions shall be filed by December 30, 2007.

**IT IS ORDERED:**

1. Defendant's MOTION FOR LEAVE TO FILE PRETRIAL MOTIONS OUT OF TIME [39] is granted. Pretrial motions shall be filed on or before **December 30, 2007.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between February 12, 2007 and December 30, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 7th day of December, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**